UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ARTHUR REB, ) | No. SACV 16-2071 FFM |
| ) | |
| Plaintiff, ) | JUDGMENT OF REMAND |
| ) | |
| v. ) | |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated January 8, 2018.


DATED: January 8, 2018

      /S/ FREDERICK F. MUMM
      FREDERICK F. MUMM
      United States Magistrate Judge